

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2015

No. 04-15-00464-CV

**IN THE INTEREST OF A.A.R., A.S.N., C.G.N. AND J.A.G., CHILDREN**,

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 30,953
Honorable Enrique Fernandez, Judge Presiding

## O R D E R

Before the Court is the court reporter's notice of late record in which she requests a 30-day extension of time to file the reporter's record. This is an accelerated appeal of an order terminating appellant's parental rights. Accordingly, this court must dispose of this appeal no later than 180 days after the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6. Further, absent extraordinary circumstances, extensions of time to file a record may not exceed 30 days cumulatively. TEX. R. APP. P. 28.4(b)(2), 35.3(c). The reporter's record for this appeal was due to be filed on July 27, 2015. The records have not been filed.

It is therefore ORDERED that the reporter's record must be filed in this court no later than August 27, 2015. **FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL NOT BE ALLOWED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court